[No. 34939-6-II. Division Two. October 31, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID CHARLES VESSEY, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 99-1-00065-9, George L. Wood, J., entered May 18, 2006. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Hunt and Quinn-Brintnall, JJ.

[No. 35041-6-II. Division Two. October 31, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. LUIS RUEDA-NACASPACA, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 05-1-00291-1, Stephen M. Warning, J., entered June 8, 2006. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Armstrong and Hunt, JJ.

[No. 35083-1-II. Division Two. October 31, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 04-1-00822-9, Theodore F. Spearman, J., entered July 7, 2006. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Houghton, C.J., and Bridgewater, J.

[No. 35235-4-II. Division Two. October 31, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL NORMAN MACKEY, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 06-1-00493-8, James E. Warme, J., entered August 4, 2006. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Armstrong and Hunt, JJ.